# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GARY J. ADELIZZI
1081 VICTORIA DRIVE
FOX RIVER GROVE, IL 60021

SSN-xxx-xx-7351

Case Number: 06-70759

Case filed on: 5/2/2006
Plan Confirmed on: 9/29/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $75,138.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HARRIS BANK PALATINE | 0.00 | 0.00 | 10,500.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 42,903.51 | 0.00 |
| | Total Continue | 0.00 | 0.00 | 53,403.51 | 0.00 |
| 000 | ATTORNEY ROBERT V. SCHALLER | 2,500.00 | 2,500.00 | 1,000.00 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 1,000.00 | 0.00 |
| 999 | GARY J. ADELIZZI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARRIS BANK PALATINE | 7,930.02 | 3,510.05 | 3,510.05 | 0.00 |
| 003 | NEW SPIRIT CREDIT UNION | 3,535.72 | 2,936.19 | 2,936.19 | 490.17 |
| 005 | WELLS FARGO HOME MORTGAGE INC | 19,379.58 | 19,379.58 | 8,577.95 | 0.00 |
| 052 | CHASE AUTO FINANCE | 16,897.95 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 47,743.27 | 25,825.82 | 15,024.19 | 490.17 |
| 006 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN HONDA FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN EXPRESS CENTURION BANK | 82.33 | 82.33 | 2.43 | 0.00 |
| 009 | AMEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 574.66 | 574.66 | 16.86 | 0.00 |
| 011 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE BANK (USA) NA | 5,930.51 | 5,930.51 | 174.00 | 0.00 |
| 013 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHASE NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 486.08 | 486.08 | 14.26 | 0.00 |
| 019 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DISCOVER FIN SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FCNB/SPIEGL/EBAUR/NWPT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | FCNB/SPIEGL/EBAUR/NWPT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FIRST USA BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | GEMB/JCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | B-LINE LLC | 662.30 | 662.30 | 19.43 | 0.00 |
| 027 | H&F LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | HARRIS TRUST & SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | HSBC/CARSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | HSBC/CARSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | INVSTMTRTRVR | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | LORD & TAYLOR | 594.57 | 594.57 | 17.44 | 0.00 |
| 034 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MARSHALL FIELD | 483.47 | 483.47 | 14.18 | 0.00 |
| 036 | MED BUSI BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NICOR GAS | 303.04 | 303.04 | 8.89 | 0.00 |
| 039 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NTB/CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | OPEX COM | 63.47 | 63.47 | 1.86 | 0.00 |
| 042 | PROFCRDSVS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | RNB-FIELDS3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | RNB-FIELDS3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SBC AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SUB NATL BK OF PALATIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | SUBURBAN EAR NOSE & THROAT ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | ROUNDUP FUNDING LLC | 5,811.27 | 5,811.27 | 170.50 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | | | | | |
|---|---|---|---|---|---|
| 049 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | CREDITORS BANKRUPTCY SERVICE | 2,505.88 | 2,505.88 | 73.52 | 0.00 |
| 053 | ROUNDUP FUNDING LLC | 1,149.29 | 1,149.29 | 33.72 | 0.00 |
| 054 | ROUNDUP FUNDING LLC | 352.23 | 352.23 | 10.33 | 0.00 |
| 055 | HILCO RECEIVABLES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 18,999.10 | 18,999.10 | 557.42 | 0.00 |
| | Grand Total: | 69,242.37 | 47,324.92 | 69,985.12 | 490.17 |

Total Paid Claimant: $70,475.29
Trustee Allowance: $4,662.71
Percent Paid Unsecured: 2.93

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/26/2009 By /s/Heather M. Fagan